UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NORTH MIAMI BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN, *individually and on behalf of all others similarly situated*, and CITY OF NORTH MIAMI BEACH GENERAL EMPLOYEES RETIREMENT PLAN, *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiffs,<br><br>                    -v.-<br><br>BARCLAYS PLC, JAMES E. STALEY, TUSHAR MORZARIA, and C.S. VENKATAKRISHNAN,<br><br>                              Defendants. | 22 Civ. 8172 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 23, 2022, Plaintiffs filed a class action lawsuit on behalf of certain holders of American Depository Receipts issued by Barclays. The complaint alleges violations of Section 10(b) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5; and Section 20(a) of the 1934 Act, 15 U.S.C. § 78t(a).

The Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class —
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period … .

15 U.S.C. § 78u-4(a)(3)(A)(i)(I).

It is hereby ORDERED that no later than **October 13, 2022**, Plaintiffs shall advise the Court in writing of the date and manner in which they published this notice.

SO ORDERED.

Dated:    October 3, 2022
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge