UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NORTH MIAMI BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN and CITY OF NORTH MIAMI BEACH GENERAL EMPLOYEES' RETIREMENT PLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BARCLAYS PLC, JAMES E. STALEY, TUSHAR MORZARIA, and C.S. VENKATAKRISHNAN,<br><br>Defendants. | No. 1:22-cv-08172-KPF-SDA |

**DECLARATION OF JOSHUA W. RUTHIZER, ESQ., IN SUPPORT OF THE NORTH MIAMI BEACH FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Joshua W. Ruthizer, Esq., declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly licensed to practice before the courts of the State of New York and this Court.

2. I am a partner in the law firm of Wolf Popper LLP ("Wolf Popper"), counsel for proposed Lead Plaintiffs City of North Miami Beach Police Officers' and Firefighters' Retirement Plan ("North Miami Beach P&F") and City of North Miami Beach General Employees' Retirement Plan ("North Miami Beach GE," collectively with North Miami Beach P&F, the "North Miami Beach Funds"), and proposed lead counsel for the putative class in the above-captioned action.

3. I make this Declaration in support of the Motion by the North Miami Beach Funds for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

1

4.      I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

5.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:      Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), required notice of pendency of the class action, previously filed with the Court as part of ECF No. 7.

Exhibit 2:      Certification of North Miami Beach GE Pursuant to the Federal Securities Laws, previously filed with the Court as ECF No. 1-1.

Exhibit 3:      Certification of North Miami Beach P&F Pursuant to the Federal Securities Laws, previously filed with the Court as ECF No. 1-2.

Exhibit 4:      Joint Declaration of Captain Mohammad Asim and Eloine Cox-Haughton in Support of the North Miami Beach Funds' Motion for Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

Exhibit 5:      Charts of Estimated Losses of North Miami Beach P&F and North Miami Beach GE

Exhibit 6:      Resume of Wolf Popper LLP

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of November, 2022, at New York, New York.


                                        /s/ Joshua W. Ruthizer
                                        Joshua W. Ruthizer, Esq.

2