# EXHIBIT 2

## CERTIFICATION OF CITY OF NORTH MIAMI BEACH GENERAL EMPLOYEES' RETIREMENT PLAN PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Eloine Cox-Haughton, on behalf of City of North Miami Beach General Employees' Retirement Plan ("NMBGE"), declares the following as to the claims asserted or to be asserted under the federal securities laws:

1. I am the Chairwoman of the City of North Miami Beach General Employees Retirement Committee (the "Committee"). I am authorized to execute this certification on behalf of NMBGE and authorized to initiate this litigation on behalf of NMBGE.

2. NMBGE has reviewed a draft of the class action complaint against Barclays PLC ("Barclays"), James E. Staley, Tushar Morzaria, and C.S. Venkatakrishnan, and have authorized Wolf Popper LLP to file that complaint.

3. NMBGE did not engage in transactions in the securities that are the subject of the complaint at the direction of its counsel or in order to participate in any private action arising under the federal securities laws.

4. NMBGE is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. NMBGE fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

6. A list of NMBGE's transactions in Barclays American Depository Receipts ("ADRs") that are the subject of the complaint is set forth below:

| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
|---|---|---|---|
| Purchase | 12/21/2021 | 2,455 | $9.8226 |
| Purchase | 12/22/2021 | 2,828 | $10.0686 |
| Purchase | 12/23/2021 | 6,220 | $10.2494 |
| Sale | 1/13/2022 | 1,941 | $12.1099 |
| Purchase | 3/7/2022 | 2,699 | $7.9603 |

7. During the three year period preceding the date of signing of this certification, NMBGE has sought to serve or has been appointed as a lead plaintiff or representative party on behalf of an asserted class in the following actions:

*Das v. Unity Software Inc.*, No. 5:22-cv-3962-EJD (N.D. Cal. Sept. 6, 2022)

1

8. NMBGE will not accept any payment for serving as a representative party on behalf of the Class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __20__ day of September, 2022

By: _____

Eloine Cox-Haughton
Chairwoman
City of North Miami Beach General
Employees Retirement Committee

On behalf of City of North Miami Beach
General Employees' Retirement Plan