# EXHIBIT 3

## CERTIFICATION OF CITY OF NORTH MIAMI BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Captain Mohammad Asim, on behalf of City of North Miami Beach Police Officers' and Firefighters' Retirement Plan ("NMBPF"), declares the following as to the claims asserted or to be asserted under the federal securities laws:

1. I am the Chairman of the City of North Miami Beach Police & Fire Retirement Committee (the "Committee"). I am authorized to execute this certification on behalf of NMBPF and authorized to initiate this litigation on behalf of NMBPF.

2. NMBPF has reviewed a draft of the class action complaint against Barclays PLC ("Barclays"), James E. Staley, Tushar Morzaria, and C.S. Venkatakrishnan, and have authorized Wolf Popper LLP to file that complaint.

3. NMBPF did not engage in transactions in the securities that are the subject of the complaint at the direction of its counsel or in order to participate in any private action arising under the federal securities laws.

4. NMBPF is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. NMBPF fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

6. A list of NMBPF's transactions in Barclays American Depository Receipts ("ADRs") that are the subject of the complaint is set forth below:

| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
|---|---|---|---|
| Purchase | 12/21/2021 | 4,003 | $9.8226 |
| Purchase | 12/22/2021 | 4,611 | $10.0686 |
| Purchase | 12/23/2021 | 10,143 | $10.2494 |
| Sale | 1/13/2022 | 3,166 | $12.1099 |
| Purchase | 3/7/2022 | 4,400 | $7.9603 |

7. During the three year period preceding the date of signing of this certification, NMBPF has sought to serve or has been appointed as a lead plaintiff or representative party on behalf of an asserted class in the following actions:

*Das v. Unity Software Inc.*, No. 5:22-cv-3962-EJD (N.D. Cal. 2022)

*In re Telefonaktiebolaget LM Ericsson Securities Litigation*, No. 1:22-cv-01167 (E.D.N.Y. 2022)

1

*City of North Miami Beach Police Officers' and Firefighters' Retirement Plan v.*
*National General Holdings Corp.*, No. 1:19-cv-10825 (S.D.N.Y. 2019)

8. NMBPF will not accept any payment for serving as a representative party on behalf of the Class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **22** day of September, 2022

By: _____

Captain Mohammad Asim
Chairman
City of North Miami Beach Police & Fire
Retirement Committee

On behalf of the City of North Miami Beach
Police Officers' and Firefighters' Retirement
Plan