# EXHIBIT 5

**NORTH MIAMI BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN and**
**NORTH MIAMI BEACH GENERAL EMPLOYEES' RETIREMENT PLAN**
**CHART OF ESTIMATED LOSSES IN BARCLAYS PLC ADRs**

**Barclays PLC (BCS)**

| | |
|---|---|
| Class Period: | 2/18/2021 - 3/25/2022 |
| Average Price: | $7.4632 |
| Average Price Date Range: | 7/28/22 - 10/26/22 |

### NORTH MIAMI BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN

| Trade Type | Date | Purchases | | | Sales | | |
|---|---|---|---|---|---|---|---|
| | | Quantity | Price | Cost | Quantity | Price | Proceeds |
| Buy | 12/21/2021 | 4,003 | $9.8226 | $39,320 | | | |
| Buy | 12/22/2021 | 4,611 | $10.0686 | $46,426 | | | |
| Buy | 12/23/2021 | 10,143 | $10.2494 | $103,960 | | | |
| Sell | 1/13/2022 | | | | 3,166 | $12.1099 | $38,340 |
| Buy | 3/7/2022 | 4,400 | $7.9603 | $35,025 | | | |
| | TOTAL | 23,157 | | $224,731 | 3,166 | | $38,340 |
| | Net Shares Purchased | 19,991 | | | | | |
| | Net Funds Expended | $186,391 | | | | | |
| | Value of Net Shares Purchased at Average Price | $149,197 | | | | | |
| | (Loss) | ($37,194) | | | | | |

### NORTH MIAMI BEACH GENERAL EMPLOYEES' RETIREMENT PLAN

| Trade Type | Date | Purchases | | | Sales | | |
|---|---|---|---|---|---|---|---|
| | | Quantity | Price | Cost | Quantity | Price | Proceeds |
| Buy | 12/21/2021 | 2,455 | $9.8226 | $24,114 | | | |
| Buy | 12/22/2021 | 2,828 | $10.0686 | $28,474 | | | |
| Buy | 12/23/2021 | 6,220 | $10.2494 | $63,751 | | | |
| Sell | 1/13/2022 | | | | 1,941 | $12.1099 | $23,505 |
| Buy | 3/7/2022 | 2,699 | $7.9603 | $21,485 | | | |
| | TOTAL | 14,202 | | $137,825 | 1,941 | | $23,505 |
| | Net Shares Purchased | 12,261 | | | | | |
| | Net Funds Expended | $114,319 | | | | | |
| | Value of Net Shares Purchased at Average Price | $91,506 | | | | | |
| | (Loss) | ($22,813) | | | | | |

### NORTH MIAMI BEACH FUNDS COMBINED

| | |
|---|---|
| Shares Purchaed | 37,359 |
| Net Shares Purchased | 32,252 |
| Net Funds Expended | $300,711 |
| (Loss) | ($60,007) |