**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF NORTH MIAMI BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN and CITY OF NORTH MIAMI BEACH GENERAL EMPLOYEES' RETIREMENT PLAN, individually and on behalf of all other similarly situated,<br><br>      Plaintiff,<br>  vs.<br><br>BARCLAYS PLC, JAMES E. STALEY, TUSHAR MORZARIA, and C.S. VENKATAKRISHNAN,<br><br>      Defendants | No. 1:22-cv-08172-KPF<br><br>Judge Katherine Polk Failla<br><br><u>CLASS ACTION</u><br><br><u>ORAL ARGUMENT REQUESTED</u> |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF BOSTON RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff Boston Retirement System ("Boston") for the entry of an Order: (1) appointing Boston as Lead Plaintiff; (2) approving Boston's selection of Labaton Sucharow as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Boston, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Loss analysis for Boston;

EXHIBIT C:  Notice of pendency of the first-filed action, published on September 23, 2022;

EXHIBIT D:  Labaton Sucharow Firm Resume.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  November 22, 2022

Respectfully submitted,

*/s/ Francis P. McConville*
**LABATON SUCHAROW LLP**
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com