# Exhibit A

## CERTIFICATION

I, Natacha Thomas, as General Counsel of Boston Retirement System ("Boston"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Boston. I have reviewed a complaint filed against Barclays PLC ("Barclays") alleging violations of the federal securities laws, and authorize the filing of a motion for lead plaintiff appointment;

2.      Boston did not purchase American Depositary Receipts ("ADRs") of Barclays at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Boston is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Boston fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Boston's transactions in Barclays ADRs during the Class Period are reflected in Exhibit A, attached hereto;

5.      Boston sought to serve or currently serves as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

> *In re Luckin Coffee Inc. Securities Litigation*, No. 1:20-cv-01293 (S.D.N.Y.)
> *Allison v. Oak Street Health, Inc.*, No. 1:22-cv-0149 (N.D. Ill.)
> *Nyy v. Telefonaktiebolaget LM Ericsson*, No. 1:22-cv-1167 (E.D.N.Y.)
> *City of Fort Lauderdale Police and Firefighters Retirement System v Pegasystems Inc.*,
> No. 1:22-cv-11220 (D. Mass.)
> *Shapiro v. TG Therapeutics, Inc.*, No. 1:22-6106 (S.D.N.Y.)

6.      Beyond its pro rata share of any recovery, Boston will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 21st day of November, 2022.

Natacha Thomas
General Counsel
Boston Retirement System

## EXHIBIT A

### TRANSACTIONS IN BARCLAYS PLC

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 6/10/2021 | 167,303 | $10.29 | ($1,721,497.68) |
| Purchases | 6/28/2021 | 180,911 | $9.72 | ($1,758,852.92) |
| Purchases | 8/19/2021 | 54,873 | $9.92 | ($544,356.62) |
| Purchases | 9/9/2021 | 92,552 | $10.21 | ($944,835.60) |