**Exhibit B**

**LOSS ANALYSIS**
**Class Period: 2/18/2021 – 3/25/2022**

**BARCLAYS PLC**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price |
|--------|-------|------|-------|----------------|
| BCS | 06738E204 | US06738E2046 | 2077756 | $7.8710 [1] |

**Boston Retirement System**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|------------------|-----------|----------|-----------------|-----------------|
| Opening Balance | 02/18/21 | 0 | | |
| Purchases | 06/10/21 | 167,303 | $10.2897 | ($1,721,497.68) |
| Purchases | 06/28/21 | 180,911 | $9.7222 | ($1,758,852.92) |
| Purchases | 08/19/21 | 54,873 | $9.9203 | ($544,356.62) |
| Purchases | 09/09/21 | 92,552 | $10.2087 | ($944,835.60) |
| **Class Period purchases:** | | **495,639** | | **($4,969,542.83)** |
| | Shares Held: | 495,639 | $7.8710 | $3,901,158.58 |

| | | |
|---|---|---|
| **LIFO Gain/(Loss):** | | **($1,068,384.25)** |

| | |
|---|---|
| Total Shares Bought: | 495,639 |
| Total Net Shares: | 495,639 |
| Total Net Expenditures: | ($4,969,542.83) |

[1] *Value of shares held is the mean trading price from 3/28/2022 to 6/24/2022.*