**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF NORTH MIAMI BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN AND CITY OF NORTH MIAMI BEACH GENERAL EMPLOYEES' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, JAMES E. STALEY, TUSHAR MORZARIA, and C.S. VENKATAKRISHNAN,<br><br>Defendants. | Case No. 1:22-cv-8172<br><br>Hon. Katherine Polk Failla<br><br>CLASS ACTION |

**DECLARATION OF STEVEN B. SINGER IN SUPPORT OF THE MOTION OF THE RETIREMENT SYSTEMS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Steven B. Singer, declare as follows:

1.  I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a Director and an attorney with the law firm of Saxena White P.A. ("Saxena White"), counsel for proposed Lead Plaintiff the City of Birmingham Retirement and Relief System and the City of Hialeah Employees' Retirement System (together, the "Retirement Systems") and proposed Lead Counsel for the Class in the above-captioned action.  I submit this declaration in support of the Motion of the Retirement Systems for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.  Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:  Certifications of the Retirement Systems;

EXHIBIT B:  Charts of the Retirement Systems' estimated losses;

EXHIBIT C:  Joint Declaration of Jay P. Turner and Robert Williams III in Support of the Motion of the Retirement Systems for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel;

EXHIBIT D:  Notice of pendency of class action published in *Newsfile* on September 23, 2022; and

EXHIBIT E:  Firm Biography of Saxena White.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 22nd day of November 2022, at White Plains, New York.

*/s/ Steven B. Singer*
Steven B. Singer

1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on November 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Steven B. Singer*
Steven B. Singer
