EXHIBIT B

**City of Birmingham Retirement and Relief System - LIFO Loss**
**Barclays PLC**
Class Period: 02/18/2021 to 03/25/2022
Lookback price of $7.8710

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | **0** | | | | | | | |
| | | | | | | | | | $0 |
| | | | | | Sale | | | | $0 |
| | | | | | **Applied to Pre-Class Period Holdings:** | | **0** | | **$0** |
| | | | | | | | | | |
| | | | | | Sale | 09/13/21 | 6,303 | $10.3410 | $65,179.32 |
| | | | | | Sale | 01/21/22 | 8,934 | $11.0011 | $98,283.83 |
| Purchase | 04/23/21 | 58,073 | $10.0379 | $582,931 | *Sale \** | *04/21/22* | *5,314* | *$7.8290* | $41,603.31 |
| Purchase | 04/26/21 | 41,793 | $10.3229 | $431,425 | | | | | |
| Purchase | 04/27/21 | 60,334 | $10.3909 | $626,925 | Retained | | 139,649 | $7.8710 | $1,099,172.77 |
| | | **160,200** | | **$1,641,280.49** | | | **160,200** | | **$1,304,239.23** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($337,041.26)** |

*\* Post Class Period Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*

**City of Hialeah Employees' Retirement System - LIFO Loss**
**Barclays PLC**
Class Period: 02/18/2021 to 03/25/2022
Lookback price of $7.8710

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | | | $0 |
| | | | | | Sale | | | | $0 |
| | | | | | **Applied to Pre-Class Period Holdings:** | | **0** | | **$0** |
| | | | | | | | | | |
| Purchase | 04/23/21 | 15,660 | $10.0379 | $157,194 | | | | | |
| Purchase | 04/26/21 | 11,270 | $10.3229 | $116,339 | | | | | |
| Purchase | 04/27/21 | 16,270 | $10.3909 | $169,060 | | | | | |
| Purchase | 05/11/21 | 20,464 | $10.2498 | $209,752 | Retained | | 63,664 | $7.8710 | $501,097.29 |
| | | **63,664** | | **$652,344.45** | | | **63,664** | | **$501,097.29** |
| | | | | | | | | | |
| | | | | | | | **LIFO Gain / (Loss)** | | **($151,247.16)** |

**Summary of The Retirement Systems' Class Period Transactions**

| | |
|---|---|
| Total Shares Purchased: | 223,864 |
| Net Shares Purchased/(Sold): | 208,627 |
| Net Funds Received/(Expended): | ($2,130,162) |
| LIFO Gain/(Loss): | ($488,288) |