**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF NORTH MIAMI BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN and CITY OF NORTH MIAMI BEACH GENERAL EMPLOYEES' RETIREMENT PLAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS PLC, JAMES E. STALEY, TUSHAR MORZARIA, and C.S. VENKATAKRISHNAN, <br> Defendants. | Case No. 1:22-CV-08172-KPF |

**DECLARATION OF MICHAEL EISENKRAFT IN SUPPORT OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Michael Eisenkraft, declare as follows:

1.  I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner with the law firm Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein").  I respectfully submit this declaration in support of the Motion of International Brotherhood of Teamsters Local No. 710 Pension Fund ("Teamsters Local 710") for entry of an Order: (i) appointing Teamsters Local 710 as Lead Plaintiff; (ii) approving Teamster Local 710's selection of Cohen Milstein as Lead Counsel for the proposed Class; and (iii) granting such other and further relief as the Court may deem just and proper.

2.  Attached as Exhibits A through D are true and correct copies of the following documents:

> EXHIBIT A:  Notice of Pendency of *City of North Miami Beach Police Officers' and Firefighters' Retirement Plan and City of North Miami Beach General Employees' Retirement Plan v. Barclays PLC, et al.*, No. 1:22-CV-08172 (S.D.N.Y.), published September 23, 2022;
>
> EXHIBIT B:  Certification of Teamsters Local 710;
>
> EXHIBIT C:  Chart of transactions and losses of Teamsters Local 710;
>
> EXHIBIT D:  Cohen Milstein's Firm Résumé.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of November, 2022.

> */s/ Michael Eisenkraft*
> Michael Eisenkraft

1