# EXHIBIT B

**CERTIFICATION OF MICHAEL O'MALLEY IN SUPPORT OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL**

International Brotherhood of Teamsters Local No. 710 Pension Fund ("Teamsters Local 710") declares as to the claims asserted under the federal securities laws, that:

1. I, Michael O'Malley, Administrator at Teamsters Local 710, am authorized to make legal decisions on behalf of Local 710 with regard to this action.

2. Teamsters Local 710 did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the federal securities laws.

3. Teamsters Local 710 is willing to serve as a representative party on behalf of the Class , including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaint filed in this action), Teamsters Local 710 purchased and/or sold the securities that are the subject of the Complaint as set forth on the attached Schedule A.

5. Teamsters Local 710 has full power and authority to bring suit to recover for its investment losses.

6. Teamsters Local 710 has reviewed the facts and allegations of the Complaint filed in this action.

7. Teamsters Local 710 has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

8. Teamsters Local 710 intends to actively monitor and vigorously pursue this action for the benefit of the Class.

9. Teamsters Local 710 will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

10. Teamsters Local 710 was appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

> a. *Sheet Metal Workers National Pension Fund et al. v. Bayer Aktiengesellschaft et al.*, No. 3:20-cv-04737 (N.D. Cal.)

11.     Teamsters Local 710 also sought to serve (but was not appointed or not yet appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

      a.  *In re Bumble, Inc. Securities Litigation*, No. 1:22-cv-00624 (S.D.N.Y.)

      b.  *In re Luckin Coffee Inc. Securities Litigation*, No. 1:20-cv-01293 (S.D.N.Y.)

12.     Teamsters Local 710 will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class as ordered or approved by the Court.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

      Executed this _22nd___ day of November, 2022.

**International Brotherhood of Teamsters Local No. 710 Pension Fund**

By: _____

Michael O'Malley, Administrator

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 4/23/2021 | BUY | 58,218 | 10.037899 |
| 4/26/2021 | BUY | 41,898 | 10.322899 |
| 4/27/2021 | BUY | 60,484 | 10.322899 |
| 4/27/2021 | BUY | 60,484 | 10.3909 |
| 4/27/2021 | SELL | 60,484 | 10.322899 |
| 5/11/2021 | BUY | 76,095 | 10.249799 |