# EXHIBIT C

**Local 710 LIFO Losses**

Barclays Bank Plc
Class Period: 2/18/2021 - 3/25/2022

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | | Proceeds | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/23/2021 | BUY | 58,218 | 10.0379 | 58,218 | - | - | $ | 584,386.40 | | |
| 4/26/2021 | BUY | 41,898 | 10.3229 | 41,898 | - | - | $ | 432,508.82 | | |
| 4/27/2021 | BUY | 60,484 | 10.3229 | 60,484 | - | - | $ | 624,370.22 | | |
| 4/27/2021 | BUY | 60,484 | 10.3909 | 60,484 | - | - | $ | 628,483.20 | | |
| 4/27/2021 | SELL | 60,484 | 10.3229 | - | (60,484) | (60,484) | | | $ | (624,370.22) |
| 5/11/2021 | BUY | 76,095 | 10.2498 | 76,095 | - | - | $ | 779,958.45 | | |

| Damage Summary | |
|---|---|
| Total Class Period Purchases: | 297,179 |
| Total Class Period Sales: | (60,484) |
| Total Sales on Class Period Purchases: | (60,484) |
| Total Class Period Shares Retained: | 236,695 |
| 90-Day Loss Price*: | $    7.8698 |

| | |
|---|---|
| Total Purchases: | $    3,049,707.10 |
| Total Sales Proceeds: | $    (624,370.22) |
| Total Retained Value: | $    (1,862,750.85) |

| | |
|---|---|
| **Total Loss:** | **$    562,586.03** |

*The 90-day mean trading price for the period from 3/26/2022 to 6/23/2022 has been used to value the retained shares.