UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE BARCLAYS PLC SECURITIES LITIGATION** | Case No. 1:22-cv-08172-KPF<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that upon (i) Defendants' Memorandum of Law in Support of their Motion to Dismiss the Amended Class Action Complaint; (ii) the Declaration of Jeffrey T. Scott, dated May 5, 2023, and the exhibits attached thereto; and (iii) all prior pleadings and proceedings had herein, Defendants Barclays PLC, Barclays Bank PLC, James E. Staley, C.S. Venkatakrishnan, Tushar Morzaria, Anna Cross, and Nigel Higgins will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, in Courtroom 618, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time designated by this Court, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Amended Class Action Complaint (ECF No. 46), and for such other and further relief as the Court deems appropriate.

| | |
|---|---|
| Dated: May 5, 2023<br>New York, New York | Respectfully submitted,<br><br>/s/ *Jeffrey T. Scott*<br>Jeffrey T. Scott<br>Matthew J. Porpora<br>Julia A. Malkina<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Tel: (212) 558-4000<br>Fax: (212) 558-3588<br><br>*Attorneys for Defendants* |