# Exhibit 3

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
Washington, DC 20549

FORM 6-K
Report of Foreign Private Issuer
Pursuant to Rule 13a-16 or 15d-16
of the Securities Exchange Act of 1934

July 28, 2022

**Commission File Number:**

Barclays PLC 001-09246

# Barclays PLC
(Name of Registrant)

**1 Churchill Place**
**London E14 5HP**
**England**
(Address of Principal Executive Office)

# Interim Results Announcement

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F          X                    Form 40-F  _____

Indicate by check mark whether the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ____

Indicate by check mark whether the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ____

THIS REPORT ON FORM 6-K SHALL BE DEEMED TO BE INCORPORATED BY REFERENCE IN THE REGISTRATION STATEMENTS ON FORM S-8 (FILE NO. 333-153723, 333-167232, 333-173899, 333-183110, 333-195098, 333-216361, 333-225082, 333-236904, 333-236905, 333-254570 AND 333-261584) AND FORM F-3 (FILE NO. 333-253693) OF BARCLAYS PLC AND TO BE A PART THEREOF FROM THE DATE ON WHICH THIS REPORT IS FURNISHED, TO THE EXTENT NOT SUPERSEDED BY DOCUMENTS OR REPORTS SUBSEQUENTLY FILED OR FURNISHED.

The Report comprises the following:

| | |
|---|---|
| Exhibit 99.1 | Results of Barclays PLC Group as of, and for the six months ended, 30 June 2022. |
| Exhibit 99.2 | A table setting forth the issued share capital of Barclays PLC and the Barclays PLC Group's total shareholders' equity, indebtedness and contingent liabilities as at 30 June 2022, the most recent reported statement of position, and updated for any significant or material items since that reporting date. |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema |
| 101.CAL | XBRL Taxonomy Extension Schema Calculation Linkbase |
| 101.DEF | XBRL Taxonomy Extension Schema Definition Linkbase |
| 101.LAB | XBRL Taxonomy Extension Schema Label Linkbase |
| 101.PRE | XBRL Taxonomy Extension Schema Presentation Linkbase |



SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

BARCLAYS PLC

(Registrant)

| | | |
|---|---|---|
| Date: July 28, 2022 | By: | /s/ Garth Wright |
| | | Name: Garth Wright |
| | | Title: Assistant Secretary |

**Exhibit 99.1**

## Barclays PLC

This exhibit includes portions from the previously published Results Announcement of Barclays PLC relating to the six months ended 30 June 2022, as amended in part to comply with the requirements of Regulation G and Item 10(e) of Regulation S-K promulgated by the US Securities and Exchange Commission (SEC), including the reconciliation of certain financial information to comparable measures prepared in accordance with International Financial Reporting Standards (IFRS). The purpose of this document is to provide such additional disclosure as required by Regulation G and Regulation S-K item 10(e), to delete certain information not in compliance with SEC regulations and to include reconciliations of certain non-IFRS figures to the most directly equivalent IFRS figures for the periods presented. This document does not update or otherwise supplement the information contained in the previously published Results Announcement. Any reference to a website in this document is made for informational purposes only, and information found at such websites is not incorporated by reference into this document.

An audit opinion has not been rendered in respect of this document.

| | |
|---|---|
| Notes | 4 |
| Performance Highlights | 6 |
| Group Chief Executive Officer's Review | |
| Group Finance Director's Review | 9 |
| **Results by Business** | |
| • Barclays UK | 12 |
| • Barclays International | 15 |
| • Head Office | 20 |
| Quarterly Results Summary | 21 |
| Quarterly Results by Business | 22 |
| **Performance Management** | 28 |
| • Margins and Balances | 28 |
| **Risk Management** | |
| • Risk Management and Principal Risks | 29 |
| • Credit Risk | 31 |
| • Market Risk | 53 |
| • Treasury and Capital Risk | 54 |
| Condensed Consolidated Financial Statements | 67 |
| Financial Statement Notes | 73 |
| Appendix: Non-IFRS Performance Measures | 101 |
| Shareholder Information | 109 |
| Glossary of Terms | 110 |
| Capitalisation and Indebtedness | 133 |


## Group Finance Director's Review

### Group performance[1, 2]

- **Barclays' diversified model delivered a profit before tax of** £3,733m **(H121: £4,902m)**, RoE of 8.7% (H121: 13.8%), RoTE of 10.1% (H121: 16.1%), and earnings per share (EPS) of 14.8p (H121: 21.9p)
- **Total income increased to £13,204m (H121: £11,315m).** Barclays UK income increased 5%. Barclays International income increased 21%, with CIB income up 21% and CC&P income up 20%. Excluding the income benefit of £758m from hedging arrangements related to the Over-issuance of Securities, total Group income was £12,446m, up 10% year-on-year, Barclays International income was £9,182m, up 12% year-on-year and CIB income was £7,213m, up 10% year-on-year
- **Credit impairment charges were £341m (H121: £742m net release)** reflecting low flows to delinquency and an improved UK employment outlook, partially offset by a day one charge relating to the acquisition of the GAP Inc. US credit card portfolio (the GAP portfolio). Expert judgement post-model adjustments have been maintained to incorporate customer affordability and inflationary headwinds
- **Total operating expenses increased to £9,127m (H121: £7,308m).** Operating costs increased 2% to £7,270m, reflecting continued investment and business growth, the impact of inflation and the appreciation of average USD against GBP, partially offset by efficiency savings and the non-recurrence of structural cost actions, primarily relating to the real estate review in June 2021. Litigation and conduct charges were £1,857m (H121: £176m) including £1,304m estimated impact of rescission offer losses in relation to the Over-Issuance of Securities and £165m associated estimated monetary penalty from the SEC, £181m of customer remediation costs relating to a legacy loan portfolio in CC&P and £165m related to settlements in principle in respect of industry-wide devices investigations by the SEC and the Commodity Futures Trading Commission (CFTC)[3]. This resulted in a cost: income ratio of 69% (H121: 65%)
- **The effective tax rate (ETR) was 22.0% (H121: 15.1%).** The tax charge included a £346m charge recognised for the re-measurement of the Group's UK deferred tax assets (DTAs) due to the enactment of legislation in Q122 which will result in the UK banking surcharge rate being reduced from 8% to 3% effective from 1 April 2023. The ETR excluding the impact of this downward re-measurement of UK DTAs was 12.8% which included a 5.8% benefit relating to adjustments in respect of prior years
- **Attributable profit was £2,475m (H121: £3,752m)** including the net impact of the Over-issuance of Securities net of tax, of £581m, of which £341m was in Q222
- **Total assets increased to £1,589bn (December 2021: £1,384bn)** primarily due to an increase in client and trading activity, and growth in the liquidity pool
- **NAV per share** was 346p (December 2021: 339p). **TNAV per share increased to** 297p **(December 2021:** 291p**)** primarily reflecting 14.8p of EPS, partially offset by net negative reserve movements driven by higher interest rates

### Group capital and leverage[1]

- The CET1 ratio decreased by c.150bps to 13.6% (December 2021: 15.1%) as capital decreased by £0.6bn to £46.7bn and RWAs increased by £30.4bn to £344.5bn
  - c.80bps reduction to the CET1 ratio due to the expected impact of regulatory change on 1 January 2022 as CET1 capital decreased £1.7bn and RWAs increased £6.6bn
  - c.30bps reduction due to the £1bn buyback announced with FY21 results, which is well progressed
  - c.40bps reduction due to the impact of the Over-issuance of Securities. c.20bps due to the £0.6bn net of tax impact reducing CET1 capital and c.20bps due to a £4.5bn temporary increase in RWAs reflecting the hedging arrangements designed to manage the risk of the rescission offer. The hedging related RWAs are expected to reverse after the rescission offer is completed in Q322
  - Excluding the impacts above, an increase in CET1 capital of £2.7bn was offset by a £19.3bn increase in RWAs:
    - The £2.7bn increase in CET1 capital reflects profits and an increase in the currency translation reserve, offset by an accrual toward a FY22 dividend, equity coupons paid, and a decrease in the fair value through other comprehensive income reserve
    - The £19.3bn increase in RWAs was primarily due to the appreciation of USD against GBP, increased client activity within CIB and higher CC&P balances mainly driven by the GAP portfolio acquisition. This was marginally offset by the partial disposal of Barclays' equity stake in Absa Group Limited (Absa) in April 2022
- The UK leverage ratio decreased to 5.1% (December 2021: 5.2%) primarily due to an increase in the leverage exposure of £13.3bn to £1,151.2bn

---

1  2021 financial and capital metrics have been restated to reflect the impact of the Over-issuance of Securities. See Basis of preparation on page 59 and Restatement of financial statements (Note 1) on page 73 for more information.
2  The 6% appreciation of average USD against GBP positively impacted income and profits and adversely impacted credit impairment charges and total operating expenses.
3  See 'Other matters' on page 10 for further details.



# Group Finance Director's Review

## Group funding and liquidity

- The liquidity pool was £343bn (December 2021: £291bn) and the liquidity coverage ratio (LCR) remained significantly above the 100% regulatory requirement at 156% (December 2021: 168%), equivalent to a surplus of £119bn (December 2021: £116bn). The increase in the liquidity pool was driven by deposit growth and an increase in wholesale funding, which were partly offset by an increase in business funding consumption
- Wholesale funding outstanding, excluding repurchase agreements, was £181.5bn (December 2021: £167.5bn). The Group issued £3.5bn equivalent of minimum requirement for own funds and eligible liabilities (MREL) instruments from Barclays PLC (the Parent company) in the year to date. The Group has a strong MREL position with a ratio of 30.9% of RWAs which is in excess of its regulatory requirement of 28.5%, excluding the confidential institution specific PRA buffer. The Group remains above its MREL regulatory requirement including the PRA buffer

## Other matters

- **Over-issuance of Securities:** since 31 March 2022, the following developments should be noted with respect to the Over-issuance of Securities:
  - On 23 May 2022, Barclays PLC and Barclays Bank PLC filed amendments to their respective Annual Reports on Form 20-F to, among other matters, restate the financial statements for the financial year ended 31 December 2021 to reflect certain impacts of the Over-issuance of Securities
  - On 23 May 2022, Barclays Bank PLC filed a shelf registration statement on Form F-3 with the SEC, which was automatically effective and under which an unlimited amount of securities may be registered, on the basis that Barclays Bank PLC is a "well-known seasoned issuer" (the "2022 F-3"). Barclays PLC also has an automatic shelf registration statement on Form F-3 filed with the SEC on 1 March 2021
  - On 1 August 2022, Barclays Bank PLC intends to launch an offer to rescind the purchase of securities that were issued in excess of Barclays Bank PLC's shelf registration statement on Form F-3 declared effective by the SEC in 2019 (2019 F-3) and the predecessor US shelf registration statement filed in 2018 (Predecessor Shelf) by certain purchasers who purchased such securities in a distribution from Barclays Bank PLC during certain relevant periods (the rescission offer)
  - Following the launch of the rescission offer, Barclays Bank PLC is expected to resume issuances and sales of series of iPath ETNs that were not affected by the rescission offer. Barclays Bank PLC further expects to resume issuances and sales of the remaining series of iPath ETNs when the rescission offer has been completed and settlement of the rescission offer with respect to the relevant series has occurred
  - Barclays has recognised a H122 attributable profit impact of £581m relating to this matter net of tax, including a £1,304m charge recognised in costs, substantially offset by hedging arrangements which generated income of £758m, as well as an estimated monetary penalty from the SEC of £165m
  - The total balance sheet provision as at 30 June 2022 was £1,757m, of which: £1,592m relates to the estimated rescission offer losses and £165m relates to an estimated SEC monetary penalty. Barclays also expects temporary RWAs of £4.5bn, which translates to a c.20bps reduction in the CET1 ratio, from the hedging arrangements to reverse after the rescission offer has been completed in Q322
  - Barclays also expects the Review (see pages 29-30 for more detail), assisted by external counsel, of the facts and circumstances related to this matter to conclude shortly and will continue to engage with regulators
- **SEC and CFTC devices investigation:** in July 2022, Barclays Bank PLC and Barclays Capital Inc. (BCI) reached an agreement in principle with the staff of the SEC's Division of Enforcement and the staff of CFTC in connection with investigations by the SEC and the CFTC of Barclays Bank PLC, BCI and other financial institutions as part of a financial industry sweep regarding compliance with record-keeping obligations in connection with business-related communications sent over unapproved electronic messaging platforms (the Devices Settlements In Principle). The SEC and the CFTC found that Barclays Bank PLC and BCI failed to comply with their respective record keeping and supervisory obligations, where such communications were sent or received by employees over electronic messaging channels that had not been approved by the bank for business use by employees. The proposed resolution with the SEC and the CFTC will include Barclays Bank PLC and BCI paying a combined $125m civil monetary penalty to the SEC and a $75m civil monetary penalty to the CFTC. Subject to final agreement of the terms of the settlements and related documentation, as well as the SEC's and CFTC's approval, the civil monetary penalties are expected to be paid during the third quarter of 2022
- **GAP portfolio acquisition:** on 21 June 2022, Barclays completed the acquisition of a US credit card portfolio of $3.3bn of receivables, in partnership with GAP Inc. The acquisition reduced the Group CET1 ratio by approximately 15bps. The partnership broadens Barclays product offering in the retail sector and store cards, advancing our strategy and growth ambitions in the United States
- **Kensington Mortgage Company acquisition:** on 24 June 2022 Barclays PLC announced that Barclays Bank UK PLC has agreed to acquire UK specialist mortgage lender Kensington Mortgage Company Limited, thereby broadening Barclays' capabilities and product offering in the UK mortgage market. The transaction is subject to regulatory approval and is expected to complete in late Q422 or early Q123

# Group Finance Director's Review

## Other matters (continued)

- **Legacy Loan Portfolio:** a customer remediation provision of £18m was recognised in Q122 in relation to a legacy timeshare loan portfolio brokered by Azure Services Limited (ASL). The provision represents the best estimate as at 30 June 2022. Barclays continues to review complaints regarding legacy partner finance loans, however it is not currently possible to predict the outcome of this review
- **Absa sale:** on 21 April 2022, Barclays sold 63m ordinary shares in Absa (7.4% of Absa's issued share capital) at a price of ZAR 164.0 per share, raising aggregate gross sale proceeds of ZAR 10.3bn (£516m[1])
- **Pensions:** during 2019 and 2020, the UK Retirement Fund (UKRF), the Group's main pension scheme, subscribed for non-transferable listed senior fixed rate notes for £1.25bn. Following the PRA's statement on 13 April 2022, Barclays is planning to unwind these transactions, which would result in a c.30bps reduction to the CET1 ratio, being accelerated to Q422 from 2023, 2024 and 2025. For more details, see note 16 on page 89

## Capital distributions

- Barclays is committed to maintaining an appropriate balance between delivering attractive total cash returns to shareholders, investment in the business and maintaining a strong capital position. Barclays pays a progressive ordinary dividend, taking into account these objectives and the earnings outlook of the Group. The Board will also continue to supplement the ordinary dividends as appropriate, including with share buybacks
- Announced a half year dividend of 2.25p per share and intention to initiate a further share buyback of up to £500m
- Dividends will continue to be paid semi-annually, with the half year dividend expected to represent, under normal circumstances, around one-third of the total dividend for the year
- The £1.0bn buyback programme announced in FY21 results is expected to complete before the end of September 2022

## Group targets

Barclays continues to target the following over the medium term:
- Returns: RoTE of greater than 10%
- Cost efficiency: cost: income ratio below 60%
- Capital adequacy: CET1 ratio in the range of 13-14%

**Anna Cross, Group Finance Director**

---

[1] *Exchange rate GBP/ZAR 20.04 as of 21 April 2022.*

---

# Results by Business

1  Barclays International margins include the lending related investment bank business.

Case 1:22-cv-08172-KPF   Document 55-3   Filed 05/05/23   Page 9 of 10

Barclays PLC  28  

# Risk Management

## Risk management and principal risks

The roles and responsibilities of the business groups, Risk and Compliance in the management of risk in the Group are defined in the Enterprise Risk Management Framework. The purpose of the framework is to identify the principal risks of the Group, the process by which the Group sets its appetite for these risks in its business activities, and the consequent limits which it places on related risk taking. The framework identifies nine principal risks: credit risk, market risk, treasury and capital risk, climate risk, operational risk, model risk, conduct risk, reputation risk and legal risk. Further detail on the Group's principal risks and previously identified material existing and emerging risks and how such risks are managed is available in the Barclays PLC Annual Report 2021, or online at home.barclays/annualreport. There have been no significant changes to these principal risks or previously identified material existing and emerging risks in the period other than as set out below.

## Material existing and emerging risks

Set out below are details of two additional material risks identified in H122 which potentially impact one or more principal risks.

**Internal control over financial reporting and disclosure controls and procedures**

The Group is subject to requirements under the Sarbanes-Oxley Act of 2002, as amended, to perform system and process evaluation and testing of its internal control over financial reporting to allow management to assess the effectiveness of its internal controls. In connection with the offer and sale of securities by Barclays Bank PLC in excess of the amounts registered under the 2019 F-3 and Predecessor Shelf (see "Over-issuance of US securities under Barclays Bank PLC's US shelf registration statements" below), management has concluded that the Group had a material weakness in relation to certain aspects of its internal control environment and that, as a consequence, its internal control over financial reporting as at 31 December 2021 was not effective under the applicable Committee of Sponsoring Organizations Framework and its disclosure controls and procedures were not effective as at such date. The material weakness that has been identified relates to a weakness in controls over the identification of external regulatory limits related to securities issuance and monitoring against these limits. As a result of this weakness, Barclays Bank PLC issued securities in excess of the amounts under the US shelf registration statements referred to above.

Remediation efforts have begun and the Group is taking steps to strengthen internal controls relating to securities issuance to address the material weakness. However, internal control systems (no matter how well designed) have inherent limitations and may not prevent or detect further misstatements or errors (whether of a similar or different character to the foregoing). If the Group fails to maintain an effective internal control environment or its disclosure controls and procedures are not effective, the Group could suffer material misstatements in its financial statements and fail to meet its reporting obligations, which could cause investors to lose confidence in the Group's reported financial information. This could in turn limit the Group's access to capital markets, negatively impact its results of operations, and lead to a negative impact on the trading price of its securities. Additionally, ineffective internal control over financial reporting could expose the Group to increased risk of fraud or misuse of corporate assets and subject it to potential regulatory investigations and civil or criminal sanctions. Any of the foregoing could have a material adverse effect on Barclays Bank PLC's and the Group's business, financial condition, results of operations and reputation as a frequent issuer in the securities markets.

**Over-issuance of US securities under Barclays Bank PLC's US shelf registration statements**

The Group may be subject to claims for rescission or damages and regulatory enforcement actions in connection with certain sales of securities issued by Barclays Bank PLC materially in excess of the amounts set forth in prior registration statements as set out under "Internal control over financial reporting and disclosure controls and procedures" above.

The securities that were issued in excess of these amounts comprise structured notes and exchange traded notes (ETNs). As such, certain offers and sales were not made in compliance with the US Securities Act of 1933, as amended (Securities Act), giving rise to rights of rescission for certain purchasers of the securities. As a result, Barclays Bank PLC has elected to make a rescission offer (Rescission Offer) to eligible purchasers of the relevant affected securities, which it intends to launch on 1 August 2022.

As previously disclosed, the Group is conducting a review (the Review), assisted by external counsel, of the facts and circumstances relating to the sale of the relevant affected securities in excess of amounts registered under such US shelf registration statements and, among other things, the control environment related to such sales. The Review is at an advanced stage and reports on its progress have been made to the Group's management team, the Group Board, and regulators, including the SEC Divisions of Enforcement and Corporation Finance. Such reports have included, among other things: (i) an assessment that the issuance of securities in excess of the maximum aggregate offering price for BBPLC's 2019 US Shelf resulted from a failure to monitor issuances during the period in which Barclays Bank PLC's status changed from a "well-known seasoned issuer" to an "ineligible issuer" for US securities law purposes, which required Barclays Bank PLC to


## Risk Management

pre-register a set amount of securities to be issued under its US Shelf with the SEC; (ii) confirmation that the Review has not identified any evidence of intentional misconduct; and (iii) the discovery that, while the vast majority of the over-issuance occurred under the 2019 US Shelf, a small portion of the over-issuance also occurred under the Predecessor Shelf.

The Group is also conducting an internal review involving a five-year look-back at limits in other issuance programmes. Management has assessed as remote the risk of material financial impact associated with issuance limits other than where pre-registration of securities is required; therefore the focus of the review has been on programmes with external regulatory limits related to securities issuance. This review has not identified any other breach of an external regulatory limit in any issuance programme used by a member of the Group. Management has identified an instance where a limit imposed solely for internal governance reasons was exceeded when taking into account a large security held on the Group's own balance sheet issued under a non-SEC registered debt issuance programme which did not have an external limit, although the breach of the internal limit did not give rise to any rights on the part of investors and did not constitute a material weakness. Nevertheless, there can be no assurance that the ongoing internal or external counsel reviews will not identify additional facts and information that could be material to an evaluation of this aspect of the Group's control environment.

Under Section 12(a)(1) of the Securities Act, certain purchasers of unregistered securities have a right to recover, upon the tender of such security, the consideration paid for such security with interest, less the amount of any income received, or damages if the purchaser no longer owns the security (Rescission Price). Pursuant to the Rescission Offer, Barclays Bank PLC will offer to repurchase the relevant affected securities at the Rescission Price. Although the Rescission Offer is expected to reduce liability with respect to potential private civil claims, it will not necessarily prevent such claims from being asserted against Barclays Bank PLC and/or its affiliates, including claims under applicable US federal securities laws.

Further, the Rescission Offer does not bar the SEC or other authorities from pursuing enforcement actions against Barclays Bank PLC and its affiliates, which are expected to result in fines, penalties and/or other sanctions. The Group is engaged with, and responding to inquiries and requests for information from, various regulators, including the SEC. The SEC's investigation into this matter is at an advanced stage and the Group has had preliminary discussions with the staff of the SEC's Division of Enforcement about resolving this matter.

As at 30 June 2022, Barclays PLC has recognised a balance sheet provision of £1,757m (December 2021: £220m) in relation to this matter, out of which £1,592m (December 2021: £220m) relates to the over-issuance of structured notes and £165m (December 2021: nil) relates to liabilities that could be incurred arising out of ongoing discussions in respect of a potential SEC resolution. A contingent liability exists in relation to the over-issuance of ETNs due to evidentiary challenges and the high level of trading in the securities. A contingent liability also exists in relation to any potential civil claims or enforcement actions taken against Barclays Bank PLC and its affiliates but Barclays Bank PLC is unable to assess the likelihood of liabilities that may arise out of such claims or actions, there is currently no indication of the exact timing for resolution and it is not practicable to provide an estimate of the financial effects.

The final cost of the Rescission Offer will be impacted by a number of factors, including prevailing market conditions. Prior to the completion of the Rescission Offer, the amount of the provision in relation to the over-issuance of structured notes will fluctuate, perhaps materially, due, in part, to the volatility of the market prices for the structured notes subject to the Rescission Offer. While Barclays Bank PLC and/or its affiliates have entered into hedging arrangements designed to minimise the volatility, such arrangements cannot by their very nature completely hedge the exposures, which may mean the final impact of the Rescission Offer may materially differ from the £1,592m provision reflected as at 30 June 2022. In addition, the hedging arrangements may be modified, may not prove effective (in existing or modified form), may expire prior to the end of the Rescission Offer and do not cover any other losses arising out of potential private civil claims or enforcement actions. The provision of £165m in relation to the potential SEC resolution may also be impacted by the ultimate outcome of the ongoing discussions. Any of the foregoing could result in material additional losses for the Group.

Any liabilities, claims or actions in connection with the over-issuance of securities under the 2019 F-3 and the Predecessor Shelf could have a material adverse effect on Barclays Bank PLC's and the Group's business, financial condition, results of operations and reputation as a frequent issuer in the securities markets.

Management has concluded that, by virtue of the fact that there was a weakness in controls over the identification of external regulatory limits related to securities issuance and monitoring against these limits, the Group had a material weakness in relation to certain aspects of its internal control environment and, as a consequence, its internal control over financial reporting and disclosure controls and procedures as at 31 December 2021 were not effective. Further details on such material weakness are set out under "Internal control over financial reporting and disclosure controls and procedures" above.


## Credit Risk