UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE BARCLAYS PLC SECURITIES LITIGATION** | Case No. 1:22-cv-08172-KPF |

### DECLARATION OF JEFFREY T. SCOTT

JEFFREY T. SCOTT declares as follows:

1. I am a member of good standing of the Bar of this Court and am a partner of Sullivan & Cromwell LLP, attorneys for Defendants Barclays PLC ("Barclays"), Barclays Bank PLC, James E. Staley, C.S. Venkatakrishnan, Tushar Morzaria, Anna Cross, and Nigel Higgins (collectively, "Defendants") in the above-captioned action.

2. I respectfully submit this declaration in support of Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Amended Class Action Complaint ("Amended Complaint").

3. Attached as Supplemental Exhibit 1 is a true and correct copy of Barclays' Annual Report for the fiscal year ending December 31, 2022 on Form 20-F (excerpts), filed with the Securities and Exchange Commission on February 15, 2023, which is referenced in the Amended Complaint at ¶¶ 21, 129-31, 198-200, 221-23, and 244.

Dated:   August 21, 2023
         New York, New York

/s/ *Jeffrey T. Scott*
Jeffrey T. Scott