**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BARCLAYS PLC<br>SECURITIES LITIGATION | Case No. 1:22-cv-08172-KPF<br><br>**NOTICE OF MOTION** |

**DEFENDANTS' NOTICE OF MOTION**
**FOR PARTIAL RECONSIDERATION OR, ALTERNATIVELY,**
**CERTIFICATION OF AN INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

PLEASE TAKE NOTICE that upon the accompany Memorandum of Law dated March 8, 2024, the undersigned counsel for Defendants Barclays PLC, James E. Staley, C.S. Venkatakrishnan, Tushar Morzaria, and Anna Cross move this Court to reconsider, pursuant to Local Civil Rule 6.3, a portion of the Court's February 23, 2024 Order (the "Order"); or, alternatively, to certify the Order for interlocutory appeal to the U.S. Court of Appeals for the Second Circuit, pursuant to 28 U.S.C. § 1292(b).

Dated:   March 8, 2024
         New York, New York

Respectfully submitted,

/s/ *Jeffrey T. Scott*
Jeffrey T. Scott
Matthew J. Porpora
Julia A. Malkina
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588

*Attorneys for Defendants*