**Appendix A**

| Challenged Statement | Statements Held Inactionable |
|---|---|
| Barclays "is committed to operating within a strong system of internal control." (AC ¶¶ 137, 151, 153.) | Barclays is "commit[ted] to the management of operational risk." *Gusinsky* v. *Barclays PLC*, 944 F. Supp. 2d 279, 288 (S.D.N.Y. 2013), *aff'd in relevant part*, 750 F.3d 227 (2d Cir. 2014).<br><br>Danske Bank "strive[s] to conduct our business in accordance with internationally recognised principles in the area[] of . . . anti-corruption." *Plumbers & Steamfitters Local 773* v. *Danske Bank*, 11 F.4th 90, 103-04 (2d Cir. 2021).<br><br>JP Morgan has "set the standard for integrity" and will "continue to reposition and strengthen [its] franchises with a focus on financial discipline." *ECA* v. *JP Morgan Chase Co.*, 553 F.3d 187, 205-06 (2d Cir. 2009).<br><br>Cigna "'expect[s] to continue to allocate significant resources' to various compliance efforts." to our compliance, ethics and fraud, waste and abuse programs to comply with the laws and regulations governing Medicare Advantage and prescription drug plan programs." *Singh* v. *Cigna Corp.*, 918 F.3d 57, 60, 63-64 (2d Cir. 2019).<br><br>UBS goes "above and beyond what laws and regulations require." *City of Pontiac* v. *UBS AG*, 752 F.3d 173, 183-84 (2d Cir. 2014); *In re UBS AG Sec. Litig.*, 2012 WL 4471265, at *34 (S.D.N.Y. Sept. 28, 2012) (quoting statement).<br><br>"We do not tolerate, permit, or engage in bribery, corruption or unethical practices of any kind," and "honesty and integrity continue being non-negotiable core values." *Fogel* v. *Vega*, 759 F. App'x 18, 21, 24 (2d Cir. 2018).<br><br>"We cancel transactions if fraud is detected, and we strive to prohibit bad actors from using our platform." *Altayyar* v. *Etsy, Inc.*, 731 F. App'x 35, 37-38 (2d Cir. 2018).<br><br>ANZ is "committed to best practice in preparing its financial statements," and "ANZ recognises the importance of effective risk management to its business success. |

| Challenged Statement | Statements Held Inactionable |
|---|---|
| | Management is committed to achieving a strong risk control, resulting in 'no surprises' and a distinctive risk management capability." *In re Austl. & N.Z. Banking Grp. Ltd. Sec. Litig.*, 2009 WL 4823923, at *8, 11 (S.D.N.Y. Dec. 14, 2009).<br><br>Avon is "strongly committed to a policy and practice of compliance with both the letter and spirit of all applicable laws and regulations." *City of Brockton Ret. Sys.* v. *Avon Prod., Inc.*, 2014 WL 4832321, at *15-16 (S.D.N.Y. Sept. 29, 2014).<br><br>"The Board and our Risk Committee engage deeply in the oversight of risk management practices." *In re Citigroup Sec. Litig.*, 2023 WL 2632258, at *18-19 (S.D.N.Y. Mar. 24, 2023). |
| Barclays has "robust internal controls." (AC ¶ 136.) | Barclays is "committed to robust oversight in the form of a world-class compliance function." *Strougo* v. *Barclays PLC*, 105 F. Supp. 3d 330, 345 (S.D.N.Y. 2015).<br><br>Abengoa has a "robust project management and control system." *Francisco* v. *Abengoa, S.A.*, 624 F. Supp. 3d 365, 391 (S.D.N.Y. 2022).<br><br>Sanofi established "robust internal systems." *In re Sanofi Sec. Litig.*, 155 F. Supp. 3d 386, 396, 401 (S.D.N.Y. 2016).<br><br>Gentiva has "a 'robust' compliance program that [i]s 'best-in-class.'" *In re Gentiva Sec. Litig.*, 932 F. Supp. 2d 352, 370 (E.D.N.Y. 2013).<br><br>ANZ's Audit Committee maintains "a robust process for ensuring prompt resolution of audit issues." *Austl. & N.Z. Banking Grp.*, 2009 WL 4823923, at *11. |
| Barclays' "frameworks, policies and standards enable Barclays to meet regulators' expectations relating to internal control and assurance." (AC ¶¶ 137, 151, 153.) | Barclays' "operation of a system of internal controls [] provides reasonable assurance of effective and efficient operations . . . including . . . compliance with laws and regulations." *Gusinsky*, 944 F. Supp. 2d at 288. |

| Challenged Statement | Statements Held Inactionable |
|---|---|
| AND<br><br>"A framework of disclosure controls and procedures is in place to support the approval of the financial statements of [Barclays]. Specific governance committees are responsible for examining the financial reports and disclosures to ensure that they have been subject to adequate verification and comply with applicable standards and legislation." (AC ¶ 136.) | Danske Bank "takes the steps necessary to comply with internationally recognised standards, including Know Your Customer procedures," and has procedures for "customer due diligence, reporting, . . . and communications." *Danske Bank*, 11 F.4th 90 at 103-04.<br><br>Cigna has "established policies and procedures to comply with applicable requirements." *Singh*, 918 F.3d at 60, 63-64.<br><br>JP Morgan has "risk management processes [that] are highly disciplined and designed to preserve the integrity of the risk management process." *ECA*, 553 F.3d 187 at 205-06.<br><br>"UBS aims to comply with all applicable provisions . . . in all jurisdictions where the firm conducts business," and "strives to maintain an appropriate balance between risk and return while establishing and controlling UBS's corporate governance processes, including compliance with relevant regulations." *UBS*, 752 F.3d at 183-84; *UBS*, 2012 WL 4471265, at *34 (quoting statement).<br><br>ANZ maintains "strong control and financial governance frameworks established under Sarbanes–Oxley compliance." *Austl. & N.Z. Banking Grp.*, 2009 WL 4823923 at *11.<br><br>"The Risk Governance Framework has been developed in alignment with the expectations of the Office of the Comptroller of the Currency (OCC) Heightened Standards [and] of the Federal Reserve's Enhanced Prudential Standards for Bank Holding Companies and Foreign Banking Organizations." *Citigroup*, 2023 WL 2632258 at *15.<br><br>Andrade "aligns its corporate practices to standards issued by international entities." *Banco Safra S.A.* v. *Andrade Gutierrez Int'l S.A.*, 2018 WL 1276847, *4 (S.D.N.Y. Mar. 8, 2018).<br><br>"Our strategy focuses on establishing and enforcing clear rules that are consistent with the legislative framework and are aligned with the industry's best practices." *Sanofi*, 155 F. Supp. 3d at 401. |

| Challenged Statement | Statements Held Inactionable |
|---|---|
|  | "Ericsson has adopted internal rules" to "ensure compliance with legal and regulatory requirements and the high standards that we set for ourselves." *In re Telefonaktiebolaget LM Ericsson Sec. Litig.*, 2023 WL 3628244, at \*4, 10-11 (E.D.N.Y. May 24, 2023) |
| Barclays' "management has assessed the internal control over financial reporting . . . and concluded that, based on its assessment, the internal control over financial reporting was effective." (AC ¶¶ 137-38, 151, 153.) | Barclays' CEO concluded "that the . . . Company's disclosure controls and procedures were effective." *Gusinsky*, 944 F. Supp. 2d at 288.<br><br>ANZ's "Internal Audit provides independent assurance that the design and operation of the risk and control framework across the Group is effective." *Austl. & N.Z. Banking Grp.*, 2009 WL 4823923 at \*11.<br><br>"We maintain an effective compliance organization." *Sanofi*, 155 F. Supp. 3d at 401.<br><br>"In the performance of our duties, we have maintained strict compliance . . . with the Mexican Securities Market Law." *Fogel*, 759 F. App'x at 21, 24. |
| Barclays "was focus[ed] on strengthening the internal control environment across the Group" and, "[t]he Group's control environment [is] now in a much stronger position." (AC ¶ 136.) | Barclays implemented a "new . . . control framework" to "reinforce a control and compliance culture throughout the bank." *Strougo*, 105 F. Supp. 3d at 345.<br><br>Barclays "adopted new processes for effectively learning from mistakes in 2012 following an internal review," which "allow[s] Barclays to understand and address underlying root causes of issues and apply lessons learned more broadly." *Id.* at 347.<br><br>Liberty Tax made "modifications and improvements to [its] internal controls in the areas of staffing, policies and procedures, and training." *In re Liberty Tax, Inc. Sec. Litig.*, 828 F. App'x 747, 750 (2d Cir. 2020).<br><br>"Our compliance task force was very successful in analyzing, reviewing and evaluating the work of our compliance department and taking appropriate action to ensure that the standards of the Liberty brand are upheld." *Id.* |

| Challenged Statement | Statements Held Inactionable |
|---|---|
| | JP Morgan will "continue to reposition and strengthen [its] franchises with a focus on financial discipline." *ECA*, 553 F.3d 187 at 205-06. <br><br> "[O]ur progress, it can be seen not just through the robustness of our businesses, but also through the investments that we've made in controls—to improve processes across risk, compliance and audit." *Citigroup*, 2023 WL 2632258 at *18. <br><br> "We will continue to make efforts to ensure that we are compliant with the existing laws . . . and to ensure that we are compliant with new laws," and "[s]ince 2019, we have made effective efforts to address evolving regulation and partnership landscape." *Greco* v. *Qudian Inc.*, 2022 WL 4226022, at *14 (S.D.N.Y. Sept. 13, 2022). |