**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BARCLAYS PLC SECURITIES LITIGATION | Case No. 1:22-cv-08172-KPF |

**DECLARATION OF LAUREN A. ORMSBEE IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT AS
CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

1.      I, Lauren A. Ormsbee, am a partner at the law firm Labaton Keller Sucharow LLP, Lead Counsel for Court-appointed Lead Plaintiff Boston Retirement System ("Plaintiff").  I am a member in good standing of the Bar of the State of New York and am duly admitted to practice before this Court.

2.      I respectfully submit this Declaration, together with the attached exhibits, in support of Plaintiff's Motion for Class Certification, Appointment as Class Representative, and Appointment of Class Counsel filed herewith.

3.      Attached as **Exhibit A** is a true and correct copy of the Expert Report of Chad Coffman, CFA, dated August 12, 2024.

4.      Attached as **Exhibit B** is a true and correct copy of the Declaration of Timothy J. Smyth on Behalf of Boston Retirement System in Support of Lead Plaintiff's Motion for Class Certification dated August 7, 2024.

5.      Attached as **Exhibit C** is a true and correct copy of the Firm Resume of Labaton

Keller Sucharow LLP.

Dated: August 12, 2024                    By:    _/s/ Lauren A. Ormsbee_____
                                                 Lauren A. Ormsbee