**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE BARCLAYS PLC
SECURITIES LITIGATION

Case No. 1:22-cv-08172-KPF

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, as follows:

WHEREAS, the above-captioned putative class action ("Action") was initiated against Barclays PLC, James E. Staley, Tushar Morzaria, and C.S. Venkatakrishnan on September 23, 2022;

WHEREAS, on March 6, 2023, Lead Plaintiff Boston Retirement System ("Plaintiff") filed an Amended Class Action Complaint ("Amended Complaint") that added, among other things, allegations against Anna Cross regarding alleged violations of Sections 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Section 20(a) of the Exchange Act (ECF No. 46);

WHEREAS, on February 23, 2024, the Court issued an Opinion and Order granting in part and denying in part Defendants' motion to dismiss the Amended Complaint (ECF No. 61) (the "Order");

WHEREAS, following the Order, the parties met and conferred regarding voluntary dismissal of the remaining claims against Ms. Cross given that she was not a maker of any statements at issue with respect to claims sustained in the Order; and

WHEREAS, to avoid the burden, expense, and uncertainty of further litigation against Ms. Cross, the parties agreed that the remaining claims against Ms. Cross should be voluntarily dismissed.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE STIPULATING PARTIES THAT:

1.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all of Plaintiff's claims against Defendant Anna Cross.

2.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED AND AGREED.**

Dated:  September 25, 2024
New York, New York

Respectfully Submitted,

LABATON KELLER SUCHAROW LLP

Lauren A. Ormsbee
Christine M. Fox
James M. Fee
Lisa Strejlau
LABATON KELLER SUCHAROW LLP
140 Broadway, 34th Floor
New York, New York 10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
lormsbee@labaton.com
cfox@labaton.com
jfee@labaton.com
lstrejlau@labaton.com

*Lead Counsel for Lead Plaintiff Boston
Retirement System and the Proposed Class*

SULLIVAN & CROMWELL LLP

Jeffrey T. Scott
Matthew J. Porpora
Julia A. Malkina
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
malkinaj@sullcrom.com

*Counsel for Defendants Barclays PLC, James
E. Staley, Tushar Morzaria, C.S.
Venkatakrishnan, and Anna Cross.*

**IT IS SO ORDERED.**

Dated: _____, 2024
        New York, New York

                                    By:_____
                                        The Honorable Katherine Polk Failla
                                        United States District Judge