

November 18, 2024

**VIA ECF & EMAIL (Failla_NYSDChambers@nysd.uscourts.gov)**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      RE:   *In re Barclays PLC Sec. Litig.*, Case No. 1:22-cv-08172-KPF (S.D.N.Y.)

Dear Judge Failla:

      The parties in this securities class action write to request a brief extension of the current stay as they finalize documentation of their agreement in principle to settle this action on a class-wide basis.

      Accordingly, the parties respectfully move this Court to (a) extend the 60-day stay entered on September 18, 2024 (ECF Nos. 87-88) until December 3, 2024 (*i.e.*, an extension of 16 days), and (b) continue to hold Defendants' pending motion for partial reconsideration of the Court's February 23, 2024 Opinion and Order (ECF No. 66) in abeyance for the duration of that stay, while the parties finalize documentation of settlement. The parties expect Lead Plaintiff will be in a position to file its motion for preliminary approval with the Court on or before December 3, 2024.

      The parties thank the Court for its attention to this matter. The parties are available at the call of the Court should Your Honor have any questions.

Respectfully submitted,                  Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**      **SULLIVAN & CROMWELL LLP**

*/s/ Lauren A, Ormsbee*                  */s/ Jeffrey Scott*
Lauren A. Ormsbee                     Jeffrey Scott

*Counsel for Lead Plaintiff*                *Counsel to Defendants*

Application GRANTED.  This case is hereby STAYED for an additional 16 days, until **December 3, 2024.**  The parties' pending motion for partial reconsideration of the Court's February 23, 2024 Opinion and Order (Dkt. #66) will continue to be held in abeyance during this period.

The Clerk of Court is directed to terminate the pending motion at docket entry 92.

Dated:    November 19, 2024          SO ORDERED.
          New York, New York


                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE