**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE BARCLAYS PLC SECURITIES LITIGATION | Case No. 1:22-cv-08172-KPF |

**DECLARATION OF CHRISTINE M. FOX IN SUPPORT OF**
**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT**

I, CHRISTINE M. FOX, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.    I am a member of the law firm of Labaton Keller Sucharow LLP, Court-appointed Lead Counsel in this proposed class action, and am admitted to practice before this Court. I respectfully submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

2.    True and correct copies of the following documents are annexed hereto:

Exhibit 1:    Stipulation and Agreement of Settlement, dated November 27, 2024, with exhibits thereto.

Exhibit 2:    Firm resume of Labaton Keller Sucharow LLP.

Exhibit 3:    Laarni T. Bulan and Laura E. Simmons, *Securities Class Action Settlements – 2023 Review and Analysis* (Cornerstone Research 2024).

Exhibit 3:    Firm resume of Verita Global, LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 3, 2024.

/s/ *Christine M. Fox*
CHRISTINE M. FOX