**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BARCLAYS PLC SECURITIES LITIGATION | Case No. 1:22-cv-08172-KPF |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND PAYMENT OF EXPENSES**

PLEASE TAKE NOTICE that Labaton Keller Sucharow LLP, Court-appointed Lead Counsel in the above-captioned class action (the "Action"), will move this Court on March 18, 2025 at 11:00 a.m. EDT, before the Honorable Katherine Polk Failla, in Courtroom 618 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007, for entry of an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4) ("PSLRA"): (i) awarding attorneys' fees in the amount of 29% of the Settlement Fund; (ii) paying Litigation Expenses in the amount of $238,001.30 incurred in prosecuting the Action; and (iii) awarding Lead Plaintiff Boston Retirement System $2,123.00 for work directly related to its representation of the Settlement Class, as authorized by the PSLRA.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel submits and is filing herewith: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, dated February 11, 2025; and (ii) the Declaration of Lauren A. Ormsbee in Support of (i) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, dated February 11, 2025, with annexed exhibits.

A proposed Order will be submitted with Lead Counsel's reply submission on or before March 11, 2025, after the deadline for objecting has passed.

Dated: February 11, 2025

**LABATON KELLER SUCHAROW LLP**

 /s/ Lauren A. Ormsbee

Lauren A. Ormsbee
Christine M. Fox
James M. Fee
Lisa Strejlau
Charles J. Stiene
140 Broadway

1

New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lormsbee@labaton.com
cfox@labaton.com
jfee@labaton.com
lstrejlau@labaton.com
cstiene@labaton.com

*Counsel for Lead Plaintiff Boston
Retirement System and Lead Counsel for the
Proposed Settlement Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 11, 2025, I caused the foregoing Notice of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses to be served electronically through the Court's ECF system upon all ECF participants.

*/s/ Lauren A. Ormsbee*
Lauren A. Ormsbee
