**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE BARCLAYS PLC SECURITIES LITIGATION | Case No. 1:22-cv-08172-KPF |

**SUPPLEMENTAL DECLARATION OF LANCE CAVALLO REGARDING
(A) UPDATE ON MAILING OF THE NOTICE PACKET; AND
(B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, Lance Cavallo, declare and state as follows:

1.      I am a Vice President of Class Actions at Verita Global, LLC ("Verita"). Pursuant to the Court's December 6, 2024 Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement ("Preliminary Approval Order"), the Court approved the retention of Verita as Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Action").[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

**UPDATE ON MAILING OF THE NOTICE PACKET**

2.      As set forth in my Initial Mailing Declaration, previously filed with the Court, Verita had mailed and emailed 142,575 Notice Packets to potential Settlement Class Members and nominees as of February 9, 2025. Since the execution of the Initial Mailing Declaration, Verita has continued to receive requests from potential Settlement Class Members and nominees for copies of the Notice Packet. As a result, an additional 84 Notice Packets have been mailed such that as of

---

[1]      All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated as of November 27, 2024 (the "Stipulation").

March 10, 2025, Verita has distributed a total of 142,659 Notice Packets to potential Settlement Class Members or their nominees.

3.    The Notice and Claim Form informed Settlement Class Members that in order to qualify for a payment from the Net Settlement Fund, a Claim Form with supporting documentation must be submitted by March 13, 2025. As of March 10, 2025, Verita has received approximately 10,500 claims. The claim deadline has not yet passed and additional claims will be submitted.  As Verita is still receiving claims and in the process of reviewing and analyzing the claims received through March 10, 2025, the information provided herein is subject to further review, analysis, and quality control and is intended only for informational purposes at this time.

**UPDATE ON TELEPHONE HOTLINE AND SETTLEMENT WEBSITE**

4.    The Initial Mailing Declaration noted that Verita maintains a toll-free telephone number (1-866-724-6406) for Settlement Class Members to call and obtain information about the Settlement, as well as to request a Notice Packet. Verita has promptly responded to each telephone inquiry and will continue to do so.

5.    The Initial Mailing Declaration also noted that Verita maintains a website dedicated to the Settlement (www.BarclaysSecuritiesSettlement.com). On February 12, 2025, Verita posted to the Settlement Website copies of the papers filed in support of Lead Plaintiff's Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses. Verita will continue to maintain and, as appropriate, update the Settlement Website until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED AND OBJECTIONS

6.    The Notice, Summary Notice, and Settlement Website informed potential Settlement Class Members that requests for exclusion from the Settlement Class must be mailed to *Barclays Securities Settlement*, c/o Verita Global, LLC, Exclusions, P.O. Box 5100, Larkspur, CA 94977-5100, such that they were received no later than February 25, 2025. As reported in the Initial Mailing Declaration, Verita had received no requests for exclusion as of February 9, 2025. Since that date, Verita has received two (2) exclusion requests, redacted copies of which are attached as Exhibit A. In total, as of March 10 2025, Verita has received two (2) requests for exclusion from the Settlement Class.

7.    Settlement Class Members seeking to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's Fee and Expense Application were required to file their objection with the Court, as well as submit their objection in writing to Lead Counsel and Defendants' Counsel, such that it was received no later than February 25, 2025. As of March 10, 2025, Verita has not received any misdirected objections.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wantagh, New York on March 10, 2025.

*Lance Cavallo*
_____
Lance Cavallo

3

# Exhibit A



RECEIVED
February 13, 2025
Claims Center

# Exclusion Cover Page

Case Name: Barclays Securities Settlement

Case Code: BCLY

Exclusion Deadline: February 25, 2025 (Receive by)

Name of Person Filing Exclusion: Edward J Harrigan

Febuary 6th, 2025

Barclays Securities Settlement

c/o Verita Global, LLC

EXCLUSIONS

P.O. BOX 5100

Larkspur, CA  94977-5100

To Who It May Concern;

I, Edward J Harrigan of ▮▮▮▮▮▮▮East Stroudsburg, PA ▮▮▮, am writing to have myself Excluded from Settlement Class In re Barclays PLC Securities Litigation, Case No. 22-cv-08172 (S.D.N.Y.).  My email is ▮▮▮▮▮▮ and my telephone number is ▮▮▮▮▮  I have attached documents to show my shares of Barclays PLC.  Thank you.

Very yours truly;

Edward J Harrigan

**FORM 1099-B\***  **2023 Proceeds from Broker and Barter Exchange Transactions**  Copy B for Recipient OMB ▮▮▮▮

Short—term transactions for which basis **is reported** to the IRS --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 15 State Tax Withheld |

BARCLAYS PLC ADR-EACH CV INTO 4 ORD STK, BCS, 06738E204

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | Gain/Loss (-) |
|---|---|---|---|---|---|---|
| Sale | 9.000 | 03/28/22 | 02/13/23 | 82.12 | 76.91 | 5.21 |
| Sale | 10.000 | 04/01/22 | 02/13/23 | 91.25 | 78.37 | 12.88 |
| Sale | 0.667 | 04/06/22 | 02/13/23 | 6.09 | 5.09 | 1.00 |
| Sale | 1.000 | 06/27/22 | 02/13/23 | 9.12 | 7.95 | 1.17 |
| Sale | 1.000 | 07/06/22 | 02/13/23 | 9.12 | 7.07 | 2.05 |
| Sale | 0.333 | 09/19/22 | 02/13/23 | 3.05 | 2.64 | 0.41 |

**\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

 

Case 1:22-cv-08172-KPF   Document 106   Filed 03/11/25   Page 8 of 15

# Fidelity

# 2023 TAX REPORTING STATEMENT

EDWARD J HARRIGAN

| Account No. | ████████ | Customer Service: | 800-544-6666 |
| Recipient ID No. | ████████ | Payer's Fed ID Number: | ████████ |

## FORM 1099-B*

### 2023 Proceeds from Broker and Barter Exchange Transactions

Copy B for Recipient OMB No. ████████

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Action** | Quantity | **1b** Date Acquired | **1c** Date Sold or Disposed | **1d** Proceeds | **1e** Cost or Other Basis (b) | **1f** Accrued Market Discount | **1g** Wash Sale Loss Disallowed | Gain/Loss (-) | **4** Federal Income Tax Withheld | **14** State **16** State Tax Withheld |
| BARCLAYS PLC ADR-EACH CV INTO 4 ORD STK, BCS, 06738E204 | | | | | | | | | | |
| Cash In Lieu | 0.263 | 09/19/22 | 02/15/23 | 2.40 | 2.08 | | | 0.32 | | |
| Subtotals | | | | 203.15 | 180.11 | | | | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

## FORM 1099-B*

### 2023 Proceeds from Broker and Barter Exchange Transactions

Copy B for Recipient OMB No. [redacted]

**Long-term transactions for which basis is reported to the IRS** — report on Form 8949 with Box D checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes 2, 5, 6 & 12)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |

BARCLAYS PLC ADR-EACH CV INTO 4 ORD STK, BCS, 06738E204

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis | | | Gain/Loss (-) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sale | 13.000 | 11/03/21 | 02/13/23 | 118.62 | 143.96 | | | -25.34 | | |
| Sale | 10.000 | 12/03/21 | 02/13/23 | 91.25 | 100.56 | | | -9.31 | | |
| Sale | 2.000 | 12/31/21 | 02/13/23 | 18.25 | 20.65 | | | -2.40 | | |
| Subtotals | | | | 228.12 | 265.17 | | | | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



Edward J Harrigan

East Stroudsburg, PA

LEHIGH VALLEY PA 180

7 FEB 2025    PM 3    L

FOREVER USA FOREVER USA

Barclays Securities Settlement
c/o Verita Global, LLC
EXCLUSIONS
P.O. BOX 5100
Larkspur, CA 94977-5100



RECEIVED
FEB 1 3 2025
BY: ........................

94977-510000



*BCLY-EXCL00002*

RECEIVED
February 27, 2025
Claims Center

# Exclusion Cover Page

Case Name: Barclays Securities Settlement

Case Code: BCLY

Exclusion Deadline: February 25, 2025 (Receive by)

Name of Person Filing Exclusion: Linda A Eppich

Feb. 19, 2025

Verita Global, LLC
P.O. Box 5100
Larkspur CA  94977-5100

To Whom It May Concern,

I am writing to tell you that I wish to be "excluded from the Settlement Class in *In re Barclays PLC Securities Litigation,* Case No. 22-cv-08172 (S.D.N.Y.)."

I am Linda A. Eppich, ▮▮▮▮▮▮▮▮ East Greenwich, RI ▮▮▮▮. Email is ▮▮▮▮▮▮▮▮▮▮▮▮. My phone number is ▮▮▮▮▮▮▮

My dates of owning/selling Barclays stock are enclosed, through my Fidelity account.  Note that the first purchase was in October of 2021, and the last sell date was October of 2022, according to the dates given in the instructions.

Please notify me of receipt of this letter.  Thank you very much.

Sincerely,

*Linda A. Eppich*

Linda A. Eppich

PO BOX ███
ALBUQUERQUE, NM ███



LINDA A EPPICH
███
E GREENWICH, RI ███

February 18, 2025



Dear Linda Eppich:

Thank you for contacting Fidelity Investments. This letter is in response to your request for Fidelity to verify the purchases and sales of Barclays PLC (BCS) for the time-period from February 18, 2021, through May 15, 2023, in your account ending in ███ I appreciate the opportunity to assist you with this matter.

Please see the tables for the requested information.

| | |
|---|---|
| Number of shares owned as of close of trading on February 18, 2021 | 0.000 |
| Number of shares owned as of close of trading on May 15, 2023 | 0.000 |

| Event Date | Transaction | Quantity | Event Amount | Price |
|---|---|---|---|---|
| 10/27/2021 | Buy | 30.000 | $332.99 | $11.10 |
| 11/29/2021 | Sell | 30.000 | $298.94 | $9.97 |
| 02/25/2022 | Buy | 42.000 | $434.07 | $10.34 |
| 03/28/2022 | Sell | 42.000 | $359.72 | $8.57 |
| 06/14/2022 | Buy | 49.000 | $369.44 | $7.54 |
| 06/27/2022 | Sell | 19.000 | $150.10 | $7.90 |
| 08/17/2022 | Buy | 28.000 | $231.98 | $8.29 |
| 10/04/2022 | Sell | 58.000 | $405.70 | $7.00 |

Additionally, please note that these tables contain information as of February 14, 2025, and can be subject to change pending any new and subsequent transactions in the same securities. They may not reflect impact from any previous corporate actions. This information is unaudited and is not intended to replace your monthly statement or official tax documents.

(Continued)

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, RI 02917
© 2025 FMR LLC. All rights reserved

E. Greenwich, RI

Barclays Securities Settlement
c/o Verita Global, LLC
EXCLUSIONS
P.O. Box 5100
Larkspur, CA 94977-5100

# PRIORITY MAIL

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

RECEIVED FEB 2 7 2025

*Retail*

APPLY PRIORITY MAIL POSTAGE HERE

BY: ..............................

U.S. POSTAGE PAID
PM
NORTH KINGSTOWN
RI 02852
FEB 19, 2025

94977

**$14.65**

RDC 03    0 Lb 0.80 Oz    R2305K137893-7



EXPECTED DELIVERY DAY: 02/24/25

USPS SIGNATURE® TRACKING #

9510 8129 6743 5050 4344 80

For international shipments, the maximum weight is

EP14H February 2024 Outer Dimension: 10 x 5